FILED BY \_\_KS\_\_ D.C.

Jan 18, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60005-CR-RUIZ/STRAUSS

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

v.

JOHN DOE,
   a/k/a "J.L.T.B.,"
   a/k/a "Flavio Torres Sanchez,"

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Making a False Statement in a Passport Application
### (18 U.S.C. § 1542)

On or about March 28, 2019, in Broward County, in the Southern District of Florida, the defendant,

JOHN DOE,
a/k/a "J.L.T.B.,"
a/k/a "Flavio Torres Sanchez,"

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented that his name was "J.L.T.B.," that his date of birth was 09/\*\*/1975, and that his social security number was \*\*\*-\*\*-6769, whereas in truth and in fact, and as the defendant then and there well knew, the defendant's name was not "J.L.T.B.," his date

of birth was not 09/\*\*/1975, and his social security number was not \*\*\*-\*\*-6769, in violation of Title 18, United States Code, Section 1542.

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about March 28, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JOHN DOE,**
a/k/a "J.L.T.B.,"
a/k/a "Flavio Torres Sanchez,"

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, making a false statement in a passport application, as charged in Count 1, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and social security number of "J.L.T.B.," in violation of Title 18, United States Code, Sections 1028A(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOHN DOE, a/k/a "J.L.T.B.," a/k/a "Flavio Torres Sanchez,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulvihill for*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*(Trevor Jones) for*
ADAM M. HAPNER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOHN DOE,
a/k/a "J.L.T.B.,"
a/k/a "Flavio Torres Sanchez,"
_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      [✓]
   - II  6 to 10 days     [ ]
   - III 11 to 20 days    [ ]
   - IV  21 to 60 days    [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
(Trevor Jones) for
Adam M. Hapner
Assistant United States Attorney
FLA Bar No.    112006

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOHN DOE, a/k/a "J.L.T.B.," a/k/a "Flavio Torres Sanchez"

**Case No:** _____

Count #: 1

False Statement In A Passport Application

Title 18, United States Code, Section 1542

* **Max. Penalty:** 10 years' imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*__Max. Penalty:__ Mandatory 2 years' imprisonment (consecutive to any other sentence)

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.